TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00800-CR

Leonard Nelson, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY

NO. 488773, HONORABLE DAVID CRAIN, JUDGE PRESIDING

PER CURIAM

The county court at law found appellant guilty of criminal mischief. After assessing
punishment at incarceration for 180 days and a $3000 fine, the court suspended imposition of sentence and
placed appellant on community supervision.

The attorney appointed to represent appellant at trial has informed the Court that she has
been unable to contact appellant since his conviction. Appellant did not appear at the hearing ordered by
this Court to determine if appellant is presently indigent. In the absence of evidence of indigence, the trial
court found that appellant is not entitled to appointed counsel on appeal (and implicitly that appellant is not
entitled to a free reporter's record).

We will consider the appeal without a reporter's record and without brief. See Tex. R.
App. P. 37.3(c)(1), 38.8(b)(4). We have examined the clerk's record and find no error or other matter
that should be considered in the interest of justice.

The judgment of conviction is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: June 11, 1998

Do Not Publish